Theodore G. Smith and John B. Johnston, as Receivers of James Imbrie and Others, Copartners, etc., Appellants, v. D. Nagase & Co., Ltd., Respondent.— Motion to resettle order granted, and order resettled so as to provide that within ten days plaintiffs pay to the defendant the taxable costs and disbursements in

---

* App. Div. Rules, 2d Dept., rule 12.— [Rep.

the actions of *Imbrie & Co.* v. *Nagase & Co., Ltd.*, and *Smith* v. *Nagase & Co., Ltd.* [See 204 App. Div. 844, 886; 205 id. 894], together with the costs and disbursements of this appeal, and the sum of $500. In default of such payment the order is unanimously affirmed, with ten dollars costs and disbursements. Order, as resettled, signed. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

JAMES WALUKIEWICH, Respondent, v. MALLORY STEAMSHIP COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.